# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2003-W5, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) Civil No. 11-cv-94-JPG-DGW ) |
| GARY BOYD, JACQUELINE J. BOYD, UNITED STATES OF AMERICA, UNKNOWN OWNERS, and NON-RECORD CLAIMANTS, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Plaintiff, Plaintiff Deutsche Bank National Trust Company as Trustee for Argent Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2003-W5 ("Plaintiff"), by its attorneys, Bryan Cave LLP, filed a motion on July 21, 2011, requesting that this Court enter a stay of proceedings until November 5, 2011 (Doc. 19). Plaintiff represented that on July 18, 2011, the servicer of Plaintiff's loan, American Home Mortgage Servicing, Inc. ("AMSHI") informed Defendants Gary and Jacqueline Boyd that they were approved to enter a trial period plan ("TPP") under the Home Affordable Modification Program ("HAMP"). Per HAMP guidelines, a borrower who qualifies for a TPP must make three timely monthly payments of the full amount set forth in the TPP approval letter. If the borrower successfully makes timely payments under the TPP, the borrower will be considered for a permanent loan modification. Plaintiff further represented that the TPP payments by Defendants Gary and Jacqueline Boyd are due on August 1, 2011, September 1, 2011, and October 1, 2011, respectively.

In light of these facts, the Court hereby **GRANTS** the motion for a stay (Doc. 19) and **ORDERS** that all proceedings in this action are **STAYED** until November 5, 2011. Plaintiff is to provide a status report on settlement on or before November 5, 2011. The Court hereby **VACATES** the bench trial scheduled for August 15, 2011 at 9:00 a.m. and the final pretrial conference scheduled for August 4, 2011. The Court further **ORDERS** a telephone status conference to be held on November 18, 2011, at 9:00 a.m. The plaintiff is responsible for placing the call; the Court's telephone number is 618-439-7720.

**Dated this 25th day of July, 2011.**

                                            s/J. Phil Gilbert
                                            **Honorable J. Phil Gilbert**